IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UHLIG LLC d/b/a CONDOCERTS™ and d/b/a WELCOMELINK® <br><br> Plaintiff/Counter-defendant, <br> v. <br><br> PROPLOGIX, LLC <br><br> Defendant/Counter-plaintiff. | Case No. 2:22-cv-02475-KHV-ADM |

## MOTION TO DISMISS COUNTERCLAIMS

Plaintiff/Counter-defendant Uhlig LLC d/b/a CondoCerts™ and d/b/a WelcomeLink® ("Uhlig"), by and through its attorneys, in accordance with Fed.R.Civ.P. 12(b)(6), submits its motion to dismiss the counterclaims filed by Defendant/Counter-plaintiff PropLogix, LLC ("PropLogix") on June 14, 2023 [Dkt. 76] ("Counterclaims").

PropLogix's three Counterclaims should be dismissed because each is based on PropLogix's contention that Uhlig is violating Fla. Stat. § 720.30851 by not providing PropLogix with estoppel certificates without receiving proof from PropLogix of its right to receive the certificates. However, Section 720.30851 only requires Uhlig to provide the estoppel certificates to owners and lenders or their "designees". By requiring PropLogix to provide proof that it functions as the designee of an owner or lender, Uhlig is acting *in accordance with*, not contrary to, Section 720.30851. Because PropLogix cannot plausibly allege a violation of Section 720.30851, each of its Counterclaims fails to state a claim.

Uhlig is submitting with this motion a supporting memorandum of law, further explaining the manner in which PropLogix's Counterclaims fail to state claims for relief and

1

4868-8141-0924.1

should be dismissed under Fed.R.Civ.P. 12(b)(6).

WHEREFORE, Plaintiff/Counter-defendant Uhlig LLC d/b/a CondoCerts™ and d/b/a WelcomeLink® respectfully moves the Court for entry of an order dismissing the three counterclaims filed by Defendant/Counter-plaintiff PropLogix, LLC on June 14, 2023 [Dkt. 76], and for whatever further relief the Court deems just.

Respectfully submitted this 26th day of June, 2023.

> KUTAK ROCK LLP
>
> *s/ Juliet A. Cox*
> Juliet A. Cox, KS Bar #17016
> Two Pershing Square
> 2300 Main Street, Suite 800
> Kansas City, MO 64108
> Tel: (816) 960-0090
> Fax: (816) 960-0041
> Juliet.Cox@kutakrock.com
>
> Thomas W. Snyder, CO Bar #33106
> Heather N. Tilley, CO Bar #54149
> (*admitted pro hac vice*)
> KUTAK ROCK LLP
> 1801 California St., Suite 3000
> Denver, CO 80202
> Tel: (303) 297-2400
> Thomas.Snyder@kutakrock.com
> Heather.Tilley@kutakrock.com
>
> ***ATTORNEYS FOR PLAINTIFF***
> ***UHLIG LLC d/b/a CONDOCERTS™ and***
> ***d/b/a WELCOMELINK®***

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2023, I electronically filed the foregoing **MOTION TO DISMISS COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jordon T. Stanley, #21990
James C. Morris, #78900
GORDON REES SCULLY MANSUKHANI, LLP
211 North Broadway, Suite 2150
St. Louis, MO 63102
Tel: (314) 961-6686
jtstanley@grsm.com
jmorris@grsm.com
*Counsel for Defendant PropLogix, LLC*

                                                *s/ Juliet A. Cox*
                                                *ATTORNEYS FOR PLAINTIFF*
                                                *UHLIG LLC d/b/a CONDOCERTS™ and*
                                                *d/b/a WELCOMELINK®*

4868-8141-0924.1