UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UHLIG LLC d/b/a CONDOCEERTS™
and d/b/a WELCOMELINK®,

    *Plaintiff/Counterclaim Defendant*,

v.

PROPLOGIX, LLC,

    *Defendant/Counter-Plaintiff.*

Case No. 2:22-cv-02475-KMV

Hon. Judge Kathryn H. Vratil

**THIRD-PARTY ACCEL-KKR FUND II MANAGEMENT COMPANY, LLP'S MOTION ADOPTING PROPLOGIX'S MOTION FOR A PROTECTIVE ORDER**

Third-Party Accel-KKR Fund II Management Company, LLP ("AKKR"), by and through its undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 26(c)(1) and D. Kan. Rule 26.1, moves the Court for a protective order prohibiting Uhlig LLC from taking the deposition of AKKR's managing director, David Cusimano, which has been noticed by Uhlig to occur on February 21, 2024 at 9:00 a.m. For its motion, AKKR adopts and incorporates by reference the recitation of facts and the arguments articulated by PropLogix in its motion for a protective order prohibiting Uhlig from taking Mr. Cusimano's deposition. [Doc. No. 258].

<u>Certification under D. Kan. Rule 37.2 and Fed. R. Civ. P. 26(c)(1)</u>

Counsel for AKKR has been informed that counsel for PropLogix and Uhlig spoke on Friday, February 16, 2024, regarding PropLogix's motion for a protective order and were unable to reach agreement on a resolution of the dispute. Counsel for AKKR separately spoke with counsel for Uhlig on Sunday, February 18, 2024, to discuss this motion, but was unable to reach a resolution.

Dated: February 18, 2024

Respectfully submitted,

**HOVEY WILLIAMS LLP**

By: */s/ Michael B. Hurd*
    Michael B. Hurd (KS 12521)
    10801 Mastin Boulevard, Suite 1000
    84 Corporate Woods
    Overland Park, Kansas 66210
    (913) 647-9050   Fax: (913) 647-9057
    mhurd@hoveywilliams.com

John M. Owen (IL ARDC #6313666)
**CHAPMAN & SPINGOLA, LLP**
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 630-9202
jowen@chapmanspingola.com
wdickmann@chapmanspingola.com

*Attorneys for* Accel-KKR Fund II Management
Company, LLP

## CERTIFICATE OF SERVICE

The undersigned hereby states that, on this 18th day of February 2024, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which sent notice of electronic filing to all counsel of record.

*/s/ Michael B. Hurd*
*Attorney* for Accel-KKR Fund II Management Company, LLP

2