IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UHLIG, LLC d/b/a CONDOCERTS<sup>TM</sup> and WELCOMELINK®,<br><br>      Plaintiff,<br>v.<br><br>PROPLOGIX, LLC,<br><br>      Defendant. | CIVIL ACTION<br><br>No. 22-2475-KHV |

**MEMORANDUM AND ORDER**

On February 23, 2024, Magistrate Judge Angel D. Mitchell recommended that the Court grant PropLogix's Motion To Strike Uhlig's Unauthorized Affirmative Defenses And Suggestions In Support (Doc. #255) and strike Uhlig's additional affirmative defenses from its answer to PropLogix's counterclaims. See Report And Recommendation (Doc. #268) at 5. Judge Mitchell further recommended that the Court grant the motion to strike without prejudice to Uhlig filing a motion for leave to amend its response to PropLogix's counterclaims. See id.

The parties had 14 days—or until March 8, 2024—to file objections to the magistrate judge's proposed findings and recommendation. See Fed. R. Civ. P. 72(b)(2). The parties have not objected. The Court therefore adopts the magistrate judge's report and recommendation in its entirety.

**IT IS THEREFORE ORDERED** that the Report And Recommendation (Doc. #268) filed February 23, 2024 is **ADOPTED**.

**IT IS FURTHER ORDERED** that PropLogix's Motion To Strike Uhlig's Unauthorized Affirmative Defenses And Suggestions In Support (Doc. #255) filed February 14, 2024 is **SUSTAINED**. The Court strikes affirmative defenses 13 through 23 of Plaintiff's Answer

**And Affirmative Defenses To Defendant PropLogix's Counterclaim** (Doc. #228) filed January 24, 2024. The Court's ruling is without prejudice to Uhlig filing a proper motion under Rule 15, Fed. R. Civ. P., for leave to amend its answer to PropLogix's counterclaims. **Uhlig must file any such motion to amend by March 18, 2024. If Uhlig files a motion to amend, PropLogix must file a response by March 22, 2024. No reply is permitted.**

Dated this 14th day of March, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
